UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                              Case No. 10-42719-608

    Tillie Evans-Ingram,                        Chapter 13

        Debtor.
-----------------------------------------------------------x

## ORDER

WHEREAS, the above-named Debtor ("Debtor") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on March 30, 2010; and

WHEREAS, on June 22, 2010, the Debtor filed a Motion to object to proof of claim number 3 filed by Ocwen Loan Servicing, LLC, ("Ocwen") in the amount of $473,596.81 (the "Claim"), claiming that Ocwen does not have standing to pursue the Claim ("Debtor's Motion"); and

WHEREAS, on July 6, 2010, Ocwen filed an Affirmation in further support of the Claim; and

WHEREAS, on July 13, 2010, a hearing was held on the Debtor's Motion, at which counsel for both parties appeared (the "Hearing");

NOW, THEREFORE, it is

ORDERED, that any written response Ocwen may file shall be filed by August 26, 2010, and it is further

ORDERED, that any further papers the Debtor may file shall be filed by September 7, 2010; and it is further

ORDERED, that the Court shall not consider any documents filed after the deadlines set forth herein; and it is further

ORDERED, that counsel for both Ocwen and the Debtor are directed to appear at the adjourned hearing on September 14, 2010 at 11:30 a.m.; and it is further

ORDERED, that discovery is stayed until and including September 14, 2010.



**Dated: Brooklyn, New York**
**July 27, 2010**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**